**Order entered October 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00707-CV

## CARISSA TARVER, Appellant

## V.

## 4441 ALMA ROAD, LLC DBA CUBESMART 5408 AND GAYLA GUNDERSON, Appellees

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02271-2019**

## ORDER

The clerk's record in this appeal from the trial court's orders granting appellees' motions for summary judgment failed to include a copy of appellee 4441 Alma Road, LLC dba Cubesmart 5408's motion for summary judgment. After filing individual opening briefs as to each appellee, appellant moved to have the clerk's record supplemented with a copy of the motion along with a copy of the video "submitted as summary judgment evidence." We granted the motion, ordered the trial court clerk to file a supplemental clerk's record, and provided that

appellant could file amended opening briefs citing to the supplemental record within fifteen days of the record being filed.

In accordance with our order, the trial court clerk filed a supplemental record containing a copy of the summary judgment motion. In a separate filing, the trial court clerk stated no exhibit was attached to the motion for summary judgment. She noted, however, that appellant had attached "a PDF document with an embedded video" to an email sent to the trial court, but the document and video were "never presented as an exhibit or evidence during a hearing" and were "never made a part of the court's record."

Based on the trial court clerk's filings, it appears the record is complete. Accordingly, we order appellant to file any amended opening briefs citing to the supplemental clerk's record no later than November 12, 2020. Appellees' responsive briefs shall be filed no later than December 14, 2020.

/s/    BILL WHITEHILL
        JUSTICE